UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STACY BROWN,

        Plaintiff

   v.                                C-1-09-901

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate (doc. no. 24) granting plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act ("EAJA") (doc. no. 15) to which there are no objections.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the recommendation of the Magistrate Judge.

2

Accordingly, the Court hereby ADOPTS AND INCORPORATES HEREIN BY REFERENCE the Report and Recommendation of the United States Magistrate Judge (doc. no. 24). Plaintiff's Application for Fees and Expenses Pursuant to the Equal Access to Justice Act (doc. no. 21) is GRANTED. The defendant shall pay plaintiff the amount of $3,031.25 in attorney fees which will satisfy all of plaintiff's claims for fees, costs and expenses under the EAJA, 28 U.S.C. § 2412.

IT IS SO ORDERED.

                                                                                    s/Herman J. Weber  
                                                                   Herman J. Weber, Senior Judge  
                                                                   United States District Court